**FILED**
December 19, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:11-cr-00535-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| TERRY ALAN SNIDER, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Terry Alan Snider; Case 2:11-cr-00535-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of _____

 X    Unsecured Appearance Bond in the amount of $25,000.

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond secured by Real Property

\_\_   Corporate Surety Bail Bond

 X    (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 12/19/11 at 2:46 p.m.

By _____
Carolyn K. Delaney
United States Magistrate Judge